UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 6 2009

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., <br>    1601 N. Tucson Blvd., Suite 9, <br>    Tucson, AZ 85716, <br><br>    and <br><br> COALITION FOR URBAN RENEWAL & EDUCATION, <br>    722 12th Street, NW, Fourth Floor, <br>    Washington, DC 20005, <br><br>       Plaintiffs, <br><br>       v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, <br>    1600 Pennsylvania Avenue, NW <br>    Washington, DC 20500, <br><br> WHITE HOUSE OFFICE OF HEALTH CARE REFORM, <br>    1600 Pennsylvania Avenue, NW <br>    Washington, DC 20500, <br><br> NANCY-ANN DEPARLE, DIRECTOR, WHITE HOUSE OFFICE OF HEALTH CARE REFORM, *in her official capacity,* <br>    1600 Pennsylvania Avenue, NW <br>    Washington, DC 20500, <br><br>    and <br><br> MACON PHILLIPS, DIRECTOR OF NEW MEDIA, *in his official capacity,* <br>    1600 Pennsylvania Avenue, NW <br>    Washington, DC 20500, <br><br>       Defendants. | Civil Action No. _____ <br><br><br><br> Case: 1:09-cv-01621 <br> Assigned To : Sullivan, Emmet G. <br> Assign. Date : 8/26/2009 <br> Description: FOIA/Privacy Act |

**CERTIFICATE REQUIRED BY LOCAL RULE LCVR 7.1**

    I, the undersigned counsel of record for plaintiffs American Physicians and Surgeons, Inc. ("AAPS") and Coalition for Urban Renewal & Education ("CURE") certify that, to the best of my knowledge and belief, AAPS and CURE are nonprofit corporations with no parent

2

companies, subsidiaries, or affiliates that have outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: August 26, 2009

Respectfully submitted,

Lawrence J. Joseph, D.C. Bar No. 464777

1250 Connecticut Avenue, NW, Suite 200
Washington, DC 20036
Telephone: (202) 669-5135
Telecopier: (202) 318-2254

*Counsel for Plaintiffs Association of American Physicians & Surgeons, Inc. and Coalition for Urban Renewal & Education*